IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PHILLIP M. BROWN,<br><br>　　　　Defendant. | 4:19CR3052<br><br>INDICTMENT<br>18 USC §§ 922(g)(1),<br>922(j) and 924(a)(2) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 APR 17 PM 4: 18
OFFICE OF THE CLERK

The Grand Jury charges that:

## COUNT ONE

On or about December 13 and 14, 2018, in the District of Nebraska, Defendant PHILLIP M. BROWN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Burglary in Clay County Missouri on April 14, 2004, did knowingly possess in and affecting commerce a Mossberg, Model 146B, .22 caliber rifle; a Savage, Model 311A, 20 gauge shotgun; and a Winchester, Model 200, 20 gauge shotgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about December 13 and 14, 2018, in the District of Nebraska, Defendant PHILLIP M. BROWN, knowingly possessed a stolen firearm, that is, Mossberg, Model 146B, .22 caliber rifle; a Savage, Model 311A, 20 gauge shotgun; and a Winchester, Model 200, 20 gauge shotgun, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

1

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney